# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St. Suite 4510
New York, New York 10165
michael@faillacelaw.com

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

February 5, 2020

**VIA ECF**
Hon. Robert M. Levy
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Cervantes Isidoro et al v. Siam SMP Inter, Inc.. et al
             19-cv-4054 (PKC)(RML)

Dear Judge Levy:

      We represent Plaintiffs and write jointly with Defendants to request an extension of time *nunc pro tunc* from January 20, 2020 to February 20, 2020 to select a mediator in this action. The reasons for the request is that the first mediator we reached out to did not accept our request to serve as mediator. This is the first such request for extension.

      I greatly appreciate the Court's attention to this matter.

                                 Respectfully submitted,

                                 Joshua S. Androphy
                                 Joshua S. Androphy