**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Cervantes Isidoro et al, <br><br> *Plaintiffs,* <br><br> -against- <br><br> Siam SMP Inter, Inc. et al, <br><br> *Defendants.* | Index No. 19-cv-04054-PKC-RML <br><br> **ATTORNEY AFFIDAVIT of KHALIL HUEY INDICATING PLAINTIFF'S CONSENT OF REPRESENTATION** |

KHALIL HUEY, an attorney duly admitted to practice in New York and in this Court, affirms on penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I represent the Plaintiffs Efrain Soliman Lopez, Abraham Cervantes Isidoro, and Javier Nexticapan Lopez ("Plaintiffs"), in this lawsuit for unpaid wages, overtime, and spread of hours under the FLSA and New York Labor Law and regulations. I submit this affirmation to advise the Court of Plaintiffs' consent to their representation by CSM Legal P.C, in this matter.

2. On November 30, 2021, I spoke to Efrain Soliman Lopez via telephone. Paralegal Brenda Tapia provided services of translating from English to Plaintiff's native language. Plaintiff Efrain Soliman Lopez gave and affirmed consent to being represented by CSM Legal.

3. On November 30, 2021, I spoke to Abraham Cervantes Isidoro via telephone. Paralegal Brenda Tapia provided services of translating from English to Plaintiff's native language. Plaintiff Abraham Cervantes Isidoro gave and affirmed consent to being represented by CSM Legal.

4. On November 30, 2021, I spoke to Javier Nexticapan Lopez via telephone. Paralegal Brenda Tapia provided services of translating from English to Plaintiff's native

language. Plaintiff Javier Nexticapan Lopez gave and affirmed consent to being represented by CSM Legal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
December 1, 2021

                                          __/s/ Khalil Huey_____
                                          Khalil Huey Esq.