AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Cervantes Isidoro et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-04054-PKC-RML |
| Siam SMP Inter, Inc. et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff (s)   .

Date: 01/31/2022

/s/ Ramsha Ansari
*Attorney's signature*

Ramsha Ansari
*Printed name and bar number*
CSM Legal P.C.
60 East 42nd Street, Suite 4510
New York, NY 10165

*Address*

ramsha@csm-legal.com
*E-mail address*

(212) 317-1200
*Telephone number*

(212) 317-1620
*FAX number*